IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Eric Ryan,                                                                                                 Case No. 1:14CV670

       Petitioner

       v.                                                                           **JUDGMENT**

Al Lazaroff,

       Respondent

For the reasons stated in the Order filed February 17, 2015, it is hereby:

ORDERED THAT:

1. The Report and Recommendation of the Magistrate Judge be, and the same hereby is adopted as the order of this court; the Clerk shall enter a dismissal accordingly; and

2. An appeal from this order could not be taken in good faith, and reasonable jurists could not reasonably disagree with this order; accordingly, no certificate of appeal shall issue, and no appeal shall be taken without prepayment of the requisite filing fee.

So ordered.

                                                                         /s/ James G.Carr
                                                                         Sr. U.S. District Judge